# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

Marilyn Kelly,
Chief Justice

140078

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

LAURA SUMNER, Personal Representative of
the ESTATE of CONNIE BELLILE, Deceased,
        Plaintiff-Appellant,

v

SC: 140078
COA: 292883
Saginaw CC: 07-064077-NH

TENDERCARE MICHIGAN INC. d/b/a
TENDERCARE HEALTH CENTER OF
FRANKENMUTH,
        Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the October 16, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

Clerk

s0222